**FOURTH DIVISION**
**MERCIER, C. J.,**
**DILLARD, P. J., and MARKLE, J.**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

**December 10, 2024**

# In the Court of Appeals of Georgia

A22A0834. CITY OF WINDER v. BARROW COUNTY.

MARKLE, Judge.

In *City of Winder v. Barrow County*, 318 Ga. 550 (899 SE2d 157) (2024), the Supreme Court of Georgia reversed the judgment of this Court in *City of Winder v. Barrow County*, 365 Ga. App. 832 (880 SE2d 323) (2022). Accordingly, we vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, reverse the judgment of the trial court, and remand the case for further proceedings consistent with the Supreme Court's decision.

*Judgment reversed and case remanded with direction. Mercier, C. J., and Dillard, P. J., concur.*